No. 84–5555.  HEATH *v.* ALABAMA.  Sup. Ct. Ala.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Cer-

---

*See also note, *supra*, p. 1025.

tiorari granted limited to Question II. In addition, the parties are requested to address the following question: "What is the applicability, if any, of the dual sovereignty doctrine to successive prosecutions by two different states?"